730 A.2d 485

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**E. Brandt BYTHROW, Respondent.**

**Nos. 518 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

May 20, 1999.

*O R D E R*

PER CURIAM:

AND NOW, this 20th day of May, 1999, upon consideration of the Report and Recommendations of the Disciplinary Board dated March 26, 1999, it is hereby

ORDERED that E. BRANDT BYTHROW, be subjected to PUBLIC CENSURE by the Supreme Court.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.